# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WOBIAO LEI,<br>XINMING WU,<br>YI JUN CHEN,<br>GUO GUI YU,<br>SONG K. HUANG,<br>ZHIQIANG LIU,<br><u>WENGUAN LEI</u>,<br>CHEE CHOONG NG,<br>GUOLONG LI and<br>LINGFENG LEI,<br>    Defendants. | No. CR20-171JCC<br><br>MOTION TO SUPPRESS DEFENDANT WENGUAN LEI'S STATEMENTS<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTE DATE: 06/10/2022 OR any convenient date for the court and witnesses |

TO US DISTRICT ATTORNEY'S OFFICE
BORIS PETRENKO
AND ALL OTHER RELATED PARTIES
AND TO THE CLERK OF THE COURT

<u>MOTION TO SUPPRESS STATEMENTS</u>

    Defense Counsel, Gregory Scott Hoover, hereby moves the court for an order SUPPRESSING THE STATEMENTS AND ANY EVIDENCE FOUND AS A RESULT OF THE STATEMENTS OF THE DEFNEDANT WENGUAN LEI.  This motion is based upon the

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net

attached pleadings and the declarations of Gregory Scott Hoover and Fawn Chen Hoover filed with the court.

Dated this 27TH of May 2022

_____
Gregory Scott Hoover WSBA #28049
Attorney for the Defendant
WENGUAN LEI

MOTIONS TO SUPPRESS - 2

HOOVER LAW GROUP P.L.L.C.
1805 – 136th Place NE #203
Bellevue, WA 98005
Phone: (206) 613-3111
Fax: (206) 613-3112
E-mail: greg@gshlaw.net