THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHEE CHOONG NG,<br><br>　　　　　　Defendant. | CASE NO. CR20-0171-JCC-5<br><br>ORDER |

This matter comes before the Court on Defendant's motion for transportation expenses (Dkt. No. 345). Defendant renews his prior motion (Dkt. No. 268), based on a new trial date—October 3, 2022. Finding good cause and for the reasons previously described, (*see* Dkt. No. 275), the renewed motion (Dkt. No. 345) is GRANTED.

The Court ORDERS the United States Marshals to arrange and pay for Defendant's non-custodial, one-way transportation from Brooklyn, New York, to Seattle, Washington, along with subsistence expenses while Defendant is travelling to Seattle. This amount may not exceed the *per diem* allowance for travel under 5 U.S.C. § 5702(a). No amount is authorized for subsistence while in Seattle during trial or for Defendant's return transportation and/or subsistence following trial.

//

//

ORDER
CR20-0171-JCC-5
PAGE - 1

1   DATED this 26th day of August 2022.

2

3

4

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0171-JCC-5
PAGE - 2