THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHEE CHOONG NG,<br><br>Defendant. | CASE NO. CR20-0171-JCC-5<br><br>ORDER |

The Court, not having found a substantial likelihood that a motion for acquittal or new trial will be granted in this matter, and having been informed by the Plaintiff that it does not intend to recommend that no sentence of imprisonment be imposed, orders Defendant detained pending sentencing and/or appeal. *See* 18 U.S.C. § 3143(a)(2).

DATED this 6th day of January 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR20-0171-JCC-5
PAGE - 1