THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0171-JCC-5 |
| Plaintiff, | ORDER |
| v. | |
| CHEE CHOONG NG, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for return of his passport (Dkt. No. 494). Defendant seeks his passport following imposition of judgment and sentence in this matter, contending that the continued possession of his passport by the Court is no longer required as a condition of his pre-trial appearance bond. (*Id.* at 1–2.) The Court agrees and, on this basis, GRANTS Defendant's motion.

Probation and Pretrial Services is hereby ORDERED to release Defendant's passport to Defendant and send to the following address:

Chee Choong Ng

4603 – 7th Ave., 1fl

Brooklyn, NY 11220

The Court has discussed this matter with the Probation and Pretrial Services for the Western District of Washington, who indicate they do not possess Defendant's passport, and that

ORDER
CR20-0171-JCC-5
PAGE - 1

the Eastern District of New York, where he originally surrendered it, likely does. Therefore, the Court suggests that counsel for Mr. Ng present this order to Probation and Pretrial Services for the Eastern District of New York.

DATED this 25th day of April 2023.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE