JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHEE CHOONG NG, <br><br> Defendant. | No. CR20-171-JCC-5 <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING SUPERVISED RELEASE AUTHORIZING TRAVEL |

THE COURT has considered Chee Choong Ng's unopposed motion to modify supervised release and allow him to travel to Malaysia, along with the records and files in this case.

Mr. Ng's request to travel internationally is GRANTED. Mr. Ng is allowed to travel to Malaysia to visit family members as coordinated with, and with advanced approval by, U.S. Probation.

DATED this 12th day of December 2023.

*[signature: John C. Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*US v. Ng,* CR20-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | Presented by:
2 | s/ *Dennis Carroll*
  | Assistant Federal Public Defender
3 | Attorney for Chee Choong Ng
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*US v. Ng,* CR20-171-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**