THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-171-JCC-5 |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING SUPERVISED RELEASE AUTHORIZING TRAVEL |
| CHEE CHOONG NG, | |
| Defendant. | |

THE COURT has considered Chee Choong Ng's unopposed motion to modify supervised release and allow him to travel to Malaysia and Vietnam, along with the records and files in this case.

Mr. Ng's request to travel internationally is GRANTED. Mr. Ng is allowed to travel to Malaysia and Vietnam to visit family members as coordinated with, and with advanced approval by, U.S. Probation.

DATED this 17th day of October 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Chee Choong Ng

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*US v. Ng,* CR20-171-JCC-5) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100