THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEE CHOONG NG, ) <br> ) <br> Defendant. ) | No. CR20-171-JCC-5 <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING SUPERVISED RELEASE AUTHORIZING TRAVEL |

THE COURT has considered Chee Choong Ng's unopposed motion (**Dkt 549**) to modify supervised release and allow him to travel to Malaysia, along with the records and files in this case.

Mr. Ng's request to travel internationally is GRANTED. Mr. Ng is allowed to travel to Malaysia and Thailand to visit family members as coordinated with, and with advanced approval by, U.S. Probation. Furthermore, U.S. Probation may approve further international travel without further order from this Court.

DATED this 17th day of November 2025.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender

---

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*United States v. Ng,* CR20-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  Attorney for Chee Choong Ng

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO MODIFY SUPERVISED
RELEASE AND ALLOW TRAVEL
(*United States v. Ng,* CR20-171-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**