THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-171-JCC-5 |
| Plaintiff, | |
| v. | (PROPOSED) ORDER FOR TERMINATION OF SUPERVISED RELEASE |
| CHEE CHOONG NG, | |
| Defendant. | |

THE COURT has considered Chee Choong Ng's motion to terminate his remaining period of supervised release (**Dkt 551**), the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Chee Choong Ng's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 20th day of November 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Senior Litigator
Office of the Federal Public Defender
Attorney for Chee Choong Ng

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Ng*, CR20-171-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100